Electronically Filed - St Louis County - October 17, 2020 - 02:17 PM

**20SL-CC05236**

# IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
# STATE OF MISSOURI

| | |
|---|---|
| LJILJANKA ASCIC, )<br>)<br>DAJANA ASCIC, )<br>)<br>DAMIR ASCIC, and )<br>)<br>THE ESTATE OF VELIJA ASCIC, )<br>LJILJANKA ASCIC, Personal Representative, )<br>) Case No.:<br>)<br>  Plaintiffs, ) Division:<br>)<br>vs. )<br>)<br>)<br>GREAT WEST CASUALTY COMPANY, )<br>a foreign corporation, )<br>SERVE:   Missouri Secretary of State )<br>    Jefferson City, Cole County MO )<br>Defendant. | |

## PLAINTIFF'S PETITION FOR DAMAGES
## BREACH OF CONTRACT-UNINSURED MOTORIST

COME NOW Plaintiffs LJILJANKA ASCIC, DAJANA ASCIC, DAMIR ASCIC, and THE ESTATE OF VELIJA ASCIC, by LJILJANKA ASCIC, personal representative, by and through their undersigned attorneys and for their cause of action against GREAT WEST CASUALTY COMPANY ("GREAT WEST"), a foreign corporation, respectfully states unto the Court the following:

1. This cause of action for damages is in excess of $25,000.00 but less than $75,000.00.

2. At all material times, Plaintiffs Ljiljanka Ascic, Dajana Ascic, Damir Ascic, and The Estate of Velija Ascic, by Ljiljanka Ascic, personal representative, are and were residents of St. Louis County, Missouri.

3. At all material times Jalisa Jones was a Florida resident, and the owner and operator

Exhibit A

Electronically Filed - St Louis County - October 17, 2020 - 02:17 PM

of an "uninsured motor-vehicle".

4.     Velija Ascic was the father of Djana Ascic and Damir Ascic, and the husband of Ljiljanka Ascic.

5.     Venue is proper in the County of St. Louis Missouri as that is where the cause of action accrued.

6.     At all material times, Defendant Great West is a corporation organized and existing pursuant to law, which wrote a policy of insurance insuring Vejila Ascic in St. Louis County, Missouri.

7.     Velija Ascic was in the course and scope of his employment and operating a "replacement motor vehicle" as defined by the policy issued by Great West, while the replacement motor vehicle parked along State Route 44, in Wildwood, Florida, when Velija Ascic was struck and killed by an uninsured motor vehicle being operated by Jalisa Jones on June 23, 2015.

8.     Jalisa Jones owed Velija Ascic a duty of care, and Velija Ascic's death was a direct and proximate result of the negligence and carelessness of Jalisa Jones, as follows:

   a)   Jones drove at an excessive speed ;

   b)   Jones failed to drive in a single lane;

   c)   Jones failed to keep a careful lookout;

   d)   Jones failed to reduce her speed to avoid a crash; and

   e)   Jones operated a motor vehicle while under the influence of drugs.

9.     As a direct and proximate result of the negligence and carelessness of Jalisa Jones as aforesaid, Velija Ascic was struck by the vehicle operated by Jones and Velija Ascic was caused to sustain serious, disabling and fatal injuries to his head, neck, back and body which

Exhibit A

Electronically Filed - St Louis County - October 17, 2020 - 02:17 PM

caused Velija Ascic to suffer severe pain in body and mind and which caused Velija Ascic's death.

10. As a direct and proximate result of Jones's negligence, Plaintiffs have sustained pecuniary losses, including medical and funeral expenses and loss of support, and loss of the services, consortium, companionship, comfort, instruction, guidance, counsel, training, and support of their father and husband. Plaintiff Ljiljanka Ascic has also lost her husband's companionship and protection, and endured mental pain and suffering since his death. Plaintiff The Estate of Velija Ascic, by Ljiljanka Ascic as personal representative, is entitled to loss of the prospective net accumulation of the Estate reasonably expected but for the wrongful death.

11. Plaintiffs are entitled to additional damages because of the aggravating factors and circumstances attending the death of Velija Ascic, including Jalisa Jones' operation of an uninsured motor vehicle while under the influence of drugs.

12. Defendant Great West issued a policy of automobile insurance to Velija Ascic's employer which insured Velija Ascic and the "replacement vehicle" he was operating at the time of his death.

13. The Great West Policy that insured plaintiff provided, inter alia, uninsured motorist coverage, and said policy was in full force and effect at the time of Velija Ascic's death as alleged in this Petition.

14. Plaintiffs have performed all conditions precedent under the terms of the uninsured motorist portion of the GW insurance policy.

15. At the time of plaintiff Velija Ascic's death, as referred to herein, Jalisa Jones was an uninsured motorist, according to the policy of insurance issued by Defendant Great West insuring Velija Ascic and according to Missouri law.

Exhibit A

Electronically Filed - St Louis County - October 17, 2020 - 02:17 PM

16. Defendant Great West's refusal to pay to Plaintiffs the applicable policy limits for Velija Ascic's damages caused by the uninsured motorist is vexatious, without just cause or excuse, and justifies the imposition of the Missouri Statutory penalty for vexatious refusal to pay, plus interest, and a reasonable attorney's fee.

WHEEFORE, Plaintiffs pray for judgment against defendant GREAT WEST CASUALTY COMPANY in a sum in excess of TWENTY-FIVE THOUSAND DOLLARS ($25,000.00) but less than SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00) together with the statutory penalty for vexatious refusal to pay, a reasonable attorney's fee, interest and their costs herein expended.

THE GREEN LAW FIRM LLC

*/s/ Stephen L. Koenig*
STEPHEN L. KOENIG #36926
Attorneys for Plaintiffs
7531 Forsyth Blvd.
St. Louis MO 63105
314.421.1300
314.552.7276 facsimile
admin@claytonlegal.com

Exhibit A



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>DAVID L VINCENT III | Case Number:  20SL-CC05236 |
|---|---|
| Plaintiff/Petitioner:<br>LJILJANK ASCIC<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>STEPHEN LAWRENCE KOENIG<br>222 S MERAMEC AVENUE<br>SUITE L02<br>ST LOUIS, MO  63105 |
| Defendant/Respondent:<br> GREAT WEST CASUALTY COMPANY | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Contract-Other | |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to:  GREAT WEST CASUALTY COMPANY**
   **Alias:**
**MISSOURI SECRETARY OF STATE**
**JEFFERSON CITY MO, MO  65102**



*COURT SEAL OF*

*ST. LOUIS COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
   SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

__22-OCT-2020__                                                         _____/s/ Joan M. Gilmer_____
   Date                                                                                                                         Clerk

**Further Information:**
   **LES**

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by:  (check one)
☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____(title).
☐ other _____.
Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).
_____                                 _____
   Printed Name of Sheriff or Server                                                Signature of Sheriff or Server
**Must be sworn before a notary public if not served by an authorized officer:**
   Subscribed and sworn to before me on _____ (date).
   *(Seal)*
   My commission expires: _____        _____
                                                              Date                                                                Notary Public

OSCA (7-99) SM30  (SMCC) *For Court Use Only*: **Document ID# 20-SMCC-9726**     1     (Civil Procedure Form No. 1, Rules 54.01 – 54.05,
                                                                                                                                54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Exhibit A

| | | |
|---|---|---|
| **Sheriff's Fees, if applicable** | | |
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $____10.00____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | **$_____** | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

Exhibit A

THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

Twenty First Judicial Circuit

# NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

**Purpose of Notice**

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

**Your Rights and Obligations in Court Are Not Affected By This Notice**

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

**Alternative Dispute Resolution Procedures**

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

Exhibit A

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

**Selecting an Alternative Dispute Resolution Procedure and a Neutral**

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

Exhibit A



Your Missouri Courts
Case.net
Search for Cases by: Select Search Method...
Judicial Links | eFiling | Help | Contact Us | Print GrantedPublicAccess Logoff LAURENKHALEY

20SL-CC05236 - LJILJANKA ASCIC V GREAT WEST CASUALTY COMPANY (E-CASE)

Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution
FV File Viewer

Click here to eFile on Case
Click here to Respond to Selected Documents

Sort Date Entries: ◉ Descending ○ Ascending
Display Options: All Entries

**11/10/2020** ☐ **Summons Personally Served**

Document ID - 20-SMCC-9726; Served To - GREAT WEST CASUALTY COMPANY; Server - ; Served Date - 01-NOV-20; Served Time - 00:00:00; Service Type - Special Process Server; Reason Description - Served

**10/22/2020** ☐ **Summons Issued-Circuit**

Document ID: 20-SMCC-9726, for GREAT WEST CASUALTY COMPANY.Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.

**10/17/2020** ☐ **Filing Info Sheet eFiling**

**Filed By:** STEPHEN LAWRENCE KOENIG

☐ **Note to Clerk eFiling**

**Filed By:** STEPHEN LAWRENCE KOENIG

☐ **Pet Filed in Circuit Ct**

Plaintiffs Petition.

**On Behalf Of:** LJILJANK ASCIC, DAMIR ASCIC, DAJANA ASCIC

☐ **Judge Assigned**

DIV 9

Exhibit A